# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br>Information on Google Drives and all Google Account holdings associated with Alexander Treisman, that is stored at premises controlled by Google, LLC | ) ) ) ) ) )    Case No. 1:20MJ 355 |

**FILED FEB 08 2021**

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the    **Northern**    District of    **California**
*(identify the person or describe the property to be searched and give its location)*:

Information on Google Drives and all Google Account holdings associated with accounts held by Alexander Treisman, as further described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before    **12/14/20**    *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    **Magistrate Judge L. Patrick Auld**    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    **11/30/20; 3:21 pm**          _____
                                                                                  *Judge's signature*

City and state:    Greensboro, North Carolina              L. Patrick Auld, United States Magistrate Judge
                                                                                                          *Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 1:20MJ 355 | Date and time warrant executed: 12/10/2020 | Copy of warrant and inventory left with: N/A |
| Inventory made in the presence of : N/A ||||

Inventory of the property taken and name(s) of any person(s) seized:

Map & geo-location data from Google accounts dogeborger, Gosnertime, alex.s.thess, alex the bodacious, mopper flopper, and Gamer Club

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/6/2020

*Executing officer's signature*

Christopher McMaster, Special Agent, FBI
*Printed name and title*

## ATTACHMENT A

This warrant applies to information associated with Google Drive and all Google Account holdings associated with

ALEXTHEBODACIOUS@GMAIL.COM,
ALEX.S.THEISS@GMAIL.COM
GASMERTIME@GMAIL.COM
DOGEBORGER@GMAIL.COM
MOPPYFLOPPER@GMAIL.COM,
ASDADSASDASDDASASDSDAA@GMAIL.COM
GAMERCLUB9999@GMAIL.COM

that are stored at premises owned, maintained, controlled, or operated by Google, LLC a company headquartered in Mountain View, CA.

# ATTACHMENT B

## I. Information to be disclosed by Google, LLC (the "Provider")

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, regardless of whether such information is located within or outside of the United States, and including GPS, location, or other information that has been deleted but is still available to the Provider, for the period of time from 4/1/2020 to 5/28/2020 the Provider is required to disclose the following information to the government for account or identifier:

ALEXTHEBODACIOUS@GMAIL.COM,
ALEX.S.THEISS@GMAIL.COM,
GASMERTIME@GMAIL.COM,
DOGEBORGER@GMAIL.COM,
MOPPYFLOPPER@GMAIL.COM,
ASDADSASDASDDASASDSDAA@GMAIL.COM,
GAMERCLUB9999@GMAIL.COM

listed in Attachment A:

a. Google Map location saved and/or frequent locations, favorite and/or starred locations including, but not limited to, searches conducted using the Google Map and/or Maze services.

b. Location History: All location data whether derived from Global Positioning System (GPS) data, cell site/cell tower triangulation precision measurement information such as timing advance or per call measurement

2

data, Wi-Fi location, and/or Bluetooth location. Such data shall include the GPS coordinates, the dates and times of all location recordings, and origin of how the location recordings were obtained and estimated radius

II. **Information to be seized by the government**

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of 18 U.S.C. §§ 924(b), 18 U.S.C. §§ 922(a)(6), and 18 U.S.C. §§ 2423(b), including, for each account or identifier listed on Attachment A, information in the form of:

a. Location Information showing that TREISMAN crossed any state or international borders during that period of time,

b. Location information showing that TREISMAN visited any locations of school shootings, mass shootings or memorials related to mass shootings,

c. Location information showing Treisman visited schools, universities, public spaces, locations or homes of online associates or the known location or home of Joe Biden.

d. Location Information showing that TREISMAN visited firearm shooting ranges, firearms retailers, firearms dealers, or other locations used for purchasing or acquiring firearms or explosives, firing guns or explosives, or receiving training associated with firearms usage